Superior Court
of the

Jan R. Jurden
*President Judge*

Leonard L. Williams Justice Center
500 North King Street, Suite 10400
Wilmington, Delaware 19801-3733
Telephone (302) 255-0654

Date Submitted:  May 2, 2022
Date Decided:  July 21, 2022

Richard Davis
SBI #00096128
JTVCC
181 Paddock Road
Smyrna, DE 19977

**RE:   State of Delaware v. Richard Davis ID No. 85002087DI**

Dear Mr. Davis:

The Court is in receipt of your "Motion for Redress of Postconviction Review Under Superior Court Civil Rules of Procedure, Rules 59(e) and 60(b)(3)" dated April 26, 2022, and filed filed on May 2, 2022.[1]  In your latest motion, you reargue the same "conflict of interest" argument raised in your second motion for postconviction relief.[2]

Motions for reargument are governed by Superior Court Rule of Civil Procedure 59(e).  Rule 59(e) states "[a] motion for reargument shall be served and *filed within 5 days* after the filing of the Court's opinion or decision."[3]  Here, the Court issued its Order summarily dismissing your second motion for postconviction

---

[1] D.I. 58.  Based on Defendant's reference to Superior Court Rule of Civil Procedure 59(e), the Court construes this as a motion for reargument.

[2] D.I. 55.  Defendant's second motion for postconviction relief was summarily dismissed by the Court as untimely and procedurally barred.  *See* D.I. 57.

[3] Super. Ct. Civ. R. 59(e) (emphasis added).

relief on April 13, 2022.[4]  Your motion was not filed until May 2, 2022.  Your motion for reargument is **DENIED** as untimely.[5]

       **IT IS SO ORDERED**.

Very truly yours,

/s/ Jan R. Jurden

Jan R. Jurden
President Judge

JRJ:mls

cc:    Prothonotary
       Joseph S. Grubb, DAG

---

[4] D.I. 57.

[5] *See Webb v. State*, 911 A.2d 804 (Table) (Del. 2006) (affirming the Superior Court's denial of defendant's motion for reargument because it was not filed until nearly three weeks after the Superior Court denied defendant's motion for postconviction relief).